IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES JUNIOR KASEY,<br>    Plaintiff,<br><br>v.<br><br>ROANOKE CITY JAIL, *et al.*,<br>    Defendants. | Civil Action No. 7:18-cv-00027<br><br>By: Norman K. Moon<br>Senior United States District Judge |

**MEMORANDUM OPINION**

Plaintiff James Junior Kasey, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. Despite being sent *Roseboro* notices, he has repeatedly failed to respond to motions filed by defendants, including a motion to dismiss for lack of jurisdiction, a motion for partial summary judgment, and a motion to dismiss for lack of prosecution. Some of these motions were filed in March, and yet no response has been filed. Two of the three *Roseboro* notices were not returned and Kasey presumably received them. (Dkt. Nos. 83, 88.) He was warned in those notices that his failure to respond could result in the dismissal of his case for failure to prosecute. (*Id.*)

On August 12, 2019, the latest *Roseboro* notice sent to Kasey was returned to the court as undeliverable, and no forwarding address was given. (Dkt. No. 90.) By order entered January 23, 2018, Kasey was advised that he must notify the court in writing immediately upon his transfer or release and provide the court with a new address. (Dkt. No. 5.) The same order warned him that failure to notify the court of a change of address would result in dismissal of the case. (*Id.*) As is evident from the returned notice, Kasey has not provided the court with an updated address; therefore, the court has no means of contacting him.

Because of Kasey's failure to prosecute this action and his failure to keep the court advised of his address, I will dismiss Kasey's complaint without prejudice. All pending motions will be denied without prejudice as moot. Kasey is advised that he may refile his claims in a separate action.

An appropriate order will be entered.

Entered: August 14th, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE